IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEN ALAN SNIPES,

        Plaintiff,                  No. CIV S-08-1929 EFB P

    vs.

STATE OF CALIFORNIA, et al.,

        Defendants.          <u>ORDER</u>

                            /

      Plaintiff, a state prisoner without counsel has filed a this action pursuant to 42 U.S.C. § 1983. He alleges a violation of his civil rights arising out of acts occurring in Kings County, California. Kings County is in the Fresno Division of this court and this action should have been commenced there. *See* Local Rule 3-120(d).

      Accordingly, it is hereby orderd that:

      1. This action is transferred to the Fresno Division.

      2. The Clerk of Court shall assign a new case number.

/////

/////

/////

////

1

1  3. All future filings shall bear the new case number and shall be filed at:

2   United States District Court
    Eastern District of California
3   2500 Tulare Street
    Fresno, CA 93721
4

5  DATED: August 26, 2008.

6  _____
   EDMUND F. BRENNAN
7  UNITED STATES MAGISTRATE JUDGE

2